1038

[No. 46216-8-II.   Division Two.   October 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD HOWARD McELFISH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-01146-7, Marilyn K. Haan, J., entered April 24, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Lee, J.

[No. 46524-8-II.   Division Two.   October 20, 2015.]

*In the Matter of the Detention of* DUANE BRENNAN.

Appeal from a judgment of the Superior Court for Mason County, No. 12-2-01041-6, Toni A. Sheldon, J., entered July 7, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Maxa, J.

[No. 46543-4-II.   Division Two.   October 20, 2015.]

VICTOR CELIS, *Appellant*, v. THE CITY OF LAKEWOOD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-14796-9, Stanley J. Rumbaugh, J., entered July 3, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 46602-3-II.   Division Two.   October 20, 2015.]

CSILLA MUHL, *Appellant*, v. DAVIES PEARSON, PC, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-07742-1, Katherine M. Stolz, J., entered August 8, 2014. *Reversed* and *remanded* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Melnick, J.